# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 28, 2022**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Centers, Nicole | Docket No. | 0980 1:21CR02037-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Nicole Centers, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 27th day of October 2021, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4**: Nicole Centers is alleged to have violated her pretrial release conditions by consuming methamphetamine and marijuana on or about February 24, 2022.

On November 3, 2021, the pretrial release conditions were reviewed with Ms. Centers on the telephone. Ms. Centers' pretrial release conditions were also emailed to her for review. Ms. Centers verbally acknowledged an understating of the conditions, which included standard condition number 9. On December 9, 2021, the pretrial release conditions were again reviewed and signed with Ms. Centers. She acknowledged an understanding of the conditions, and was provided with a copy.

On February 24, 2022, Ms. Centers reported to Merit Resource Services (Merit) in Ellensburg, Washington, for a random drug test. While Ms. Centers was at Merit, she signed a drug use admission form admitting to consuming methamphetamine and marijuana on or about February 24, 2022. The drug test was sent to Alere Toxicology Services for confirmation.

PRAYING THAT THE COURT WILL INCORPORATE THE ALLEGED VIOLATION WITH THE OTHER VIOLATIONS PENDING BEFORE THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  February 28, 2022 |
| by | s/Phil Casey |
|  | Phil Casey<br>U.S. Probation Officer |

**Re: Centers, Nicole**
**February 28, 2022**
**Page 2**

THE COURT ORDERS
[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ X ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____
2/28/2022