# UNITED STATES DISTRICT COURT
## for
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Centers, Nicole | Docket No. | 0980 1:21CR02037-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Nicole Centers, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 27th day of October 2021, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 3, 2021, the pretrial release conditions were reviewed with Ms. Centers on the telephone. Ms. Centers' pretrial release conditions were also emailed to her for review. Ms. Centers verbally acknowledged an understating of the conditions, which included standard condition number 9. On December 9, 2021, the pretrial release conditions were again reviewed and signed with Ms. Centers. She acknowledged an understanding of the conditions, and was provided with a copy.

**Violation #1**: Nicole Centers is alleged to have violated her pretrial release conditions by consuming methamphetamine and marijuana on or about March 17, 2022.

On March 17, 2022, Ms. Centers reported to Merit Resource Services (Merit) in Ellensburg, Washington, for a random drug test. Ms. Centers provided a presumptive positive drug test for the presence of methamphetamine and marijuana. The drug test was sent to Alere Toxicology Services for confirmation. On March 23, 2022, this officer received a drug test report from Alere showing positive results for methamphetamine and marijuana.

On March 23, 2022, this officer spoke with Ms. Center about the positive drug test and she admitted to consuming methamphetamine and marijuana on or about March 17, 2022.

**Violation #2**: Nicole Centers is alleged to have violated her pretrial release conditions by consuming methamphetamine on or about March 21, 2022.

On March 23, 2022, this officer spoke with Ms. Centers on the telephone. Ms. Centers was question about her use of controlled substances and she admitted consuming methamphetamine on Monday, March 21, 2022. Ms. Centers explained she is addicted to controlled substance and is having a difficult time remaining sober. Ms. Center is hopeful that being involved in intensive outpatient treatment will help her maintain her sobriety.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   March 28, 2022

by   s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

3/29/2022

Date